# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR112 |
| vs. | ) | ORDER |
| CHAD BURNS, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant to review detention (Filing No. 45). Defendant is scheduled for a change of plea hearing before Senior Judge Joseph F. Bataillon on June 11, 2015. The motion is denied and may be reasserted before Senior Judge Bataillon at the change of plea hearing.

**IT IS SO ORDERED.**

DATED this 28th day of May, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge